# EXHIBIT A

| | |
|---|---|
| **INDICTMENT** | **Armed Assault With Intent To Murder**<br>c. 265, §18(b) |

## Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**SHAUN HARRISON**

on March 3, 2015, being armed with a certain dangerous weapon, to wit: a .380 semi-automatic handgun, did assault one Luis Rodriguez, with intent to murder him.

A TRUE BILL

_____          _____
Assistant District Attorney                              Foreperson of the Grand Jury


Superior Court Department — Criminal Business                    April Sitting, 2015
APR 24 2015
Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk of Court

**INDICTMENT**  Aggravated Assault & Battery By Means Of A Dangerous Weapon (SBI)
c. 265, §15A(c)(i)

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## SHAUN HARRISON

on March 3, 2015, did commit an assault and battery upon one Luis Rodriguez, by means of a certain dangerous weapon, to wit: a .380 semi-automatic handgun, and thereby did cause serious bodily injury to said Luis Rodriguez.

A TRUE BILL

_____  _____
Assistant District Attorney  Foreperson of the Grand Jury

Superior Court Department — Criminal Business   April Sitting, 2015

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

APR 2 4 2015

_____
Clerk of Court

**INDICTMENT**

Possession Of A Firearm, Not Home/Work, No License
c. 269, §10(a)

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## SHAUN HARRISON

on March 3, 2015, did unlawfully and knowingly have in his possession a firearm, to wit: .380 semi automatic handgun, from which a bullet could be discharged, the length of the barrel of said firearm being less than sixteen inches, the said SHAUN HARRISON not being present in his residence or place of business and without having in effect a license to carry firearms issued under Section 131 or 131 F of Chapter 140 of the General Laws of Massachusetts and without complying with the provisions of Section 129C and 131G of said Chapter 140.

A TRUE BILL

_Assistant District Attorney_     _Foreperson of the Grand Jury_

_Superior Court Department — Criminal Business_     _April Sitting, 2015_

APR 2 4 2015
_Returned into said Superior Court by the Grand Jurors and ordered to be filed._

_Clerk of Court_

| | |
|---|---|
| **INDICTMENT** | Possession Of Ammunition<br>c. 269, §10(h) |

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## SHAUN HARRISON

on March 3, 2015, did unlawfully possess ammunition without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140 of the General Laws of Massachusetts.

A TRUE BILL

_____          _____
Assistant District Attorney                                Foreperson of the Grand Jury


Superior Court Department — Criminal Business          April Sitting, 2015

APR 24 2015

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk of Court

**INDICTMENT**

Possession Of Firearm While In Commission Of A Felony
c. 265, §18B

## Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**SHAUN HARRISON**

on March 3, 2015, while in the commission or the attempted commission of an offense punishable in the state prison, to wit: Assault by means of a Dangerous Weapon, did have possession or control of a firearm, rifle or shotgun, to wit: a .380 semi automatic handgun, contrary to M.G.I. c.265, §18B.

A TRUE BILL

_____
Assistant District Attorney

_____
Foreperson of the Grand Jury

Superior Court Department — Criminal Business        April Sitting, 2015

APR 24 2015

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk of Court

SUCR2015-CR3e 1:19-cv-10106-LTS Document 12-1 Filed 04/17/19 Page 7 of 11
INDICTMENT
Possession Class D With Intent To Distribute
c. 94C, §32A(c)

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## SHAUN HARRISON

on March 4, 2014, did knowingly or intentionally possess with intent to distribute a controlled substance, to wit: Marijuana, as defined in clause (4) of paragraph (a) of Class B of G.L. c.94C §31.

A TRUE BILL

_____    _____
Assistant District Attorney    Foreperson of the Grand Jury

Superior Court Department — Criminal Business        April Sitting, 2015

APR 24 2015

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk of Court

INDICTMENT

Possession Of Firearm, No Firearm Identification Card
c. 269, §10(h)

*Commonwealth of Massachusetts*

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**SHAUN HARRISON**

on March 4, 2014, did unlawfully possess a firearm, to wit: a .380 handgun, from which a bullet could be discharged, the length of the barrel of said firearm being less than sixteen inches, without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140 of the General Laws of Massachusetts.

A TRUE BILL

_____
*Assistant District Attorney*

_____
*Foreperson of the Grand Jury*

*Superior Court Department — Criminal Business*          *April Sitting, 2015*

APR 24 2015
*Returned into said Superior Court by the Grand Jurors and ordered to be filed.*

_____
*Clerk of Court*

**INDICTMENT**  Possession Of Firearm, No Firearm Identification Card
c. 269, §10(h)

## Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## SHAUN HARRISON

on March 4, 2014, did unlawfully possess a firearm, to wit: a 12 gauge High Standard shotgun, from which a bullet could be discharged, the length of the barrel of said firearm being less than sixteen inches, without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140 of the General Laws of Massachusetts.

A TRUE BILL

_Assistant District Attorney_         _Foreperson of the Grand Jury_

_Superior Court Department — Criminal Business_     _April Sitting, 2015_

APR 24 2015
_Returned into said Superior Court by the Grand Jurors and ordered to be filed._

_Clerk of Court_

INDICTMENT

Possession Of Firearm, No Firearm Identification Card
c. 269, §10(h)

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

## SHAUN HARRISON

on March 4, 2014, did unlawfully possess a firearm, to wit: a .22 caliber Mossberg rifle, from which a bullet could be discharged, the length of the barrel of said firearm being less than sixteen inches, without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140 of the General Laws of Massachusetts.

A TRUE BILL

_____
Assistant District Attorney

_____
Foreperson of the Grand Jury

Superior Court Department — Criminal Business          April Sitting, 2015

APR 24 2015

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk of Court

| | |
|---|---|
| INDICTMENT | Possession Of Ammunition<br>c. 269, §10(h) |

# Commonwealth of Massachusetts

SUFFOLK, SS

At the SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT FOR CRIMINAL BUSINESS, begun and holden at the CITY OF BOSTON, within and for the County of Suffolk, on the first Monday of April in the year of our Lord two thousand fifteen

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

**SHAUN HARRISON**

on March 4, 2015, did unlawfully possess ammunition without complying with the requirements relating to the firearm identification card provided for in Section 129C of Chapter 140 of the General Laws of Massachusetts.

A TRUE BILL

_____  _____
Assistant District Attorney        Foreperson of the Grand Jury


Superior Court Department — Criminal Business        April Sitting, 2015

APR 24 2015
Returned into said Superior Court by the Grand Jurors and ordered to be filed.

_____
Clerk of Court