September 17, 2019

United States District Court
   Office of The clerk
John Joseph Moakley Courthouse
1 Courthouse way, Suite 2300
Boston, Ma 02210

Re: Civil Action
No. 1:19-cv-10116-LTS

Notice of Default.

Dear Deputy clerk Maria Simeone,

My name is Shaun Harrison Inmate W111395 at Cedar Junction MCI state prison serving 23 to 26 yrs. I'm a ward of the state any court dates to appear - which I had no knowledge of [sep 12th, 2019] must go through the commissioner here at the prison.

I'm indigent

Thank you for your time and consideration in this matter.

Respectfully,

Shaun Harrison

FILED
IN CLERKS OFFICE
2019 SEP 20 AM 11: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.