UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ANGEL RODRIGUEZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 19-10116-LTS |
| BOSTON PUBLIC SCHOOLS and SHAUN O. HARRISON, individually and in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JUDGMENT

August 5, 2022

SOROKIN, J.

Pursuant to the Court's Order on Defendant Boston Public Schools' Motion to Dismiss, Doc. No. 21, dated July 29, 2019, Counts II through VIII of the Plaintiff's Complaint against Boston Public Schools and Shaun Harrison in his official capacity are DISMISSED. Pursuant to the Court's Order on Defendant Boston Public Schools' Motion for Summary Judgment, Doc. No. 61, dated February 25, 2022, Count I of the Plaintiff's Complaint against Boston Public Schools and Shaun Harrison in his official capacity is DISMISSED. Plaintiff and Defendant Boston Public Schools shall bear their own fees.

Pursuant to the Court's Order, Doc. No. 30, dated September 12, 2019, default entered against Shaun Harrison in his individual capacity on Counts I, II, III, IV, VII, and VIII.

Pursuant to the Court's Order, Doc. No. 81, dated August 5, 2022, default judgment is entered against Defendant Shaun Harrison is his individual capacity on Counts I, II, III, IV, VII, and VIII; damages are awarded against Defendant Shaun Harrison in his individual capacity on Counts I and VII in the amount of $10,080,875.43 (along with prejudgment interest).

                    SO ORDERED.

                    /s/ Leo T. Sorokin
                    Leo T. Sorokin
                    United States District Judge