# United States Court of Appeals
## For the First Circuit

No. 22-1712

LUIS ANGEL RODRIGUEZ,

Plaintiff - Appellee,

v.

SHAUN O. HARRISON, individually and in his official capacity,

Defendant - Appellant,

BOSTON PUBLIC SCHOOLS,

Defendant.

**JUDGMENT**

Entered: November 16, 2022
Pursuant to 1st Cir. R. 27.0(d)

By order entered September 28, 2022, appellant was directed to show cause in writing as to why this appeal should not be dismissed as untimely. Appellant was warned that failure to respond by October 12, 2022 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Simon B. Mann
John Titus Martin
Michaela M. Weaver
Thomas George Wood
Lisa A. McNaughton
Shaun O. Harrison
Edward F. Whitesell Jr.
Nicole Marie O'Connor