United States District Court

For The District Of Massachusetts

RECEIVED
DEC 12 2022
BY: U.S. COURT OF APPEALS

Docket No. 19-CV-10116-LTS

Luis Angel Rodriguez

Vs.

Shaun O Harrison

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes, Shaun O Harrison, Petitioner in this Writ of Habeas Corpus action, with his Motion for Appoint of Counsel. Petitioner moves that this Honorable Court appoint counsel for him. Petitioner states, under the penalties of perjury, that he is indigent and that he cannot afford to pay counsel for this action, nor any further action in this matter, as supported in his Motion to proceed *in forma pauperis*, and Affidavit thereto.

**WHEREFORE,** Petitioner prays that this court allows his Motion for Appointment of Counsel for all the reasons stated above.

Dated: December 9, 2022

Respectfully submitted,

_____
Petitioner, pro se      (signature)

SHAUN O HARRISON
(Print Your Name)

P.O. Box 43
Norfolk, MA 02056